```
                                              FILED
                                              August 13, 2010
UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA

                                              DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:10-CR-0327-MCE-3 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| KEN SARNA , | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KEN SARNA</u>, Case No. <u>2:10-CR-0327-MCE-3</u>,

Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $<u>100,000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   <u>With pretrial services and conditions of release as</u>

                              <u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 13, 2010</u> at <u>3:05</u> pm .

                                By   *Dale A. Drozd* (signature)

                                    Dale A. Drozd
                                    United States Magistrate Judge