JOSEPH A. WELCH, ESQ. STATE BAR NO. 119312
Law Offices of
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Telecopier: (916) 444-8702

Attorney for Defendant KEN SARNA

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-0327 MCE |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| KEN SARNA, | |
| Defendant. | |

    KEN SARNA, by and through his attorney, Joseph A. Welch, and the United States of America, by and through its counsel, Steve Lapham, and Pretrial Services Officer Tai Gaskins, hereby jointly agree and stipulate to amend the Defendant's conditions as follows:

    Condition No. 5 shall be modified to the Defendant's conditions of release, to read:

    (5) Your travel is restricted to the Eastern and Northern Districts of California, Utah, and Nevada without the prior consent of the pretrial services officer.

////
////
////
////
////
////

1     Accordingly, all parties and Mr. Sarna agree with the above modifications.

2   Dated:  August ___, 2010                        Respectfully submitted,

3                                                      **HINTZ & WELCH**

5                                                      _/s/_____
                                                     Joseph A. Welch
6                                                      Attorney for Defendant

7                                                      _/s/_____
8                                                      Steve Lapham
                                                     Assistant United States Attorney

11 IT IS SO ORDERED.

12 DATED: August 23, 2010                /s/ Gregory G. Hollows
13                                                      HON. GREGORY G. HOLLOWS

14 Sarna.ord