JOSEPH A. WELCH, ESQ.  (SBN 119312)
**HINTZ & WELCH**
1006 4th Street
Sacramento, CA  95814
Telephone:  (916) 444-5203
Facsimile:   (916) 444-8702

Attorneys for Defendant
KEN SARNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEN SARNA,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:10-CR-00327-003<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT & SENTENCING DATE<br><br>DATE:  JUNE 11, 2015<br>TIME:   9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

### STIPULATION

　　Plaintiff United States of America, by and through its counsel of record, and defendant Ken Sarna, by and through his counsel of record, hereby stipulate that the judgment and sentencing in the matter presently set for May 7, 2015, at 9:30 a.m. may be continued to June 11, 2015, at 9:30 a.m. for a judgment and sentencing.

　　The parties have stipulated that the current date for the imposition of judgment and sentencing may be continued to June 11, 2015, at 9:30 a.m.

| | |
|---|---|
| Proposed Presentence Report | completed |
| Counsel's written objections to the Presentence Report | completed |
| Presentence Report shall be filed with the Court | completed |
| Motion for Correction of the Presentence Report | May 28, 2015 |

///

///

Stipulation and Order to Continue Sentencing　　　　1

| | |
|---|---|
| Reply, or Statement of Non-Opposition | June 4, 2015 |
| Judgment and Sentencing Date | June 11, 2015 |

IT IS SO STIPULATED.

DATED: April 22, 2015
BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele M. Beckwith*
MICHELE M. BECKWITH
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: April 22, 2015
*/s/ Joseph A. Welch*
JOSEPH WELCH

For defendant KEN SARNA

**O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the judgment and sentencing in this matter currently scheduled for 9:30 a.m. on May 7, 2015, is continued to June 11, 2015, at 9:30 a.m. for judgment and sentence.

this 24th day of April, 2015.

Troy L. Nunley
United States District Judge