JOSEPH A. WELCH, ESQ.  (SBN 119312)
**HINTZ & WELCH**
1006 4th Street
Sacramento, CA  95814
Telephone:  (916) 444-5203
Facsimile:  (916) 444-8702

Attorneys for Defendant
KEN SARNA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KEN SARNA, et. al.,<br><br>                              Defendant. | CASE NO. 2:10-CR-00327-03<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT & SENTENCING DATE<br><br>DATE:  AUGUST 13, 2015<br>TIME:  9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ken Sarna, by and through his counsel of record, hereby stipulate that the judgment and sentencing in the matter presently set for June 11, 2015, at 9:30 a.m. may be continued to August 13, 2015, at 9:30 a.m. for a judgment and sentencing.

The parties have stipulated that the current date for the imposition of judgment and sentencing may be continued to August 13, 2015, at 9:30 a.m.

| | |
|---|---|
| Proposed Presentence Report | completed |
| Counsel's written objections to the Presentence Report | completed |
| Presentence Report shall be filed with the Court | completed |
| Motion for Correction of the Presentence Report | July 30, 2015 |

///

///

1   Reply, or Statement of Non-Opposition                  August 6, 2015

2   Judgment and Sentencing Date                            August 13, 2015

3

4   IT IS SO STIPULATED.

5   DATED: June 2, 2015                          BENJAMIN B. WAGNER
                                                 United States Attorney
6
                                                 /s/ Michele M. Beckwith
7                                                MICHELE M. BECKWITH
                                                 Assistant United States Attorney
8
                                                 For the UNITED STATES OF AMERICA
9

10  DATED: June 2, 2015                          /s/ Joseph A. Welch
                                                 JOSEPH A. WELCH
11                                               Attorney at Law
                                                 For defendant KEN SARNA
12

13                                    **O R D E R**

14

15          IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the

16  parties that the judgment and sentencing in this matter currently scheduled for 9:30 a.m. on June 11,

17  2015, is continued to August 13, 2015, at 9:30 a.m. for judgment and sentence.

18

19  This 2nd day of June, 2015.

20

21

22                                               Troy L. Nunley
                                                 United States District Judge
23

24

25

26

27

28