1  JOSEPH A. WELCH, ESQ.  (SBN 119312)
   **HINTZ & WELCH**
2  1006 4th Street
   Sacramento, CA  95814
3  Telephone:  (916) 444-5203
   Facsimile:   (916) 444-8702
4
   Attorneys for Defendant
5  KEN SARNA

6
                   IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,                    CASE NO. 2:10-CR-0327-TLN
10
                           Plaintiff,           STIPULATION AND ORDER CONTINUING
11                                              JUDGMENT & SENTENCING DATE
                v.
12                                              DATE:  SEPTEMBER 3, 2015
   KEN SARNA,                                   TIME:  9:30 A.M.
13                                              JUDGE: TROY L. NUNLEY
                           Defendant.
14

15
                                   **STIPULATION**
16
        Plaintiff United States of America, by and through its counsel of record, and defendant Ken
17
   Sarna, by and through his counsel of record, hereby stipulate that the judgment and sentencing in the
18
   matter presently set for August 13, 2015, at 9:30 a.m. may be continued to September 3, 2015, at 9:30
19
   a.m. for a judgment and sentencing.
20
        The parties have stipulated that the current date for the imposition of judgment and sentencing
21
   may be continued to September 3, 2015, at 9:30 a.m.
22
        Proposed Presentence Report                              completed
23
        Counsel's written objections to the Presentence Report   completed
24
        Presentence Report shall be filed with the Court         completed
25
        Motion for Correction of the Presentence Report          August 20, 2015
26
   ///
27
   ///
28

   Stipulation to Continue Sentencing          1

| | |
|---|---|
| Reply, or Statement of Non-Opposition | August 27, 2015 |
| Judgment and Sentencing Date | September 3, 2015 |

IT IS SO STIPULATED.

DATED: July 31, 2015                        BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Michele M. Beckwith*
                                            MICHELE M. BECKWITH
                                            Assistant United States Attorney

                                            For the UNITED STATES OF AMERICA

DATED: July 31, 2015                        */s/ Joseph A. Welch*
                                            JOSEPH A. WELCH
                                            Attorney at Law
                                            For defendant KEN SARNA

**O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the judgment and sentencing in this matter currently scheduled for 9:30 a.m. on August 13, 2015, is continued to September 3, 2015, at 9:30 a.m. for judgment and sentence.

this 3rd day of August, 2015.

_____
Troy L. Nunley
United States District Judge