JOSEPH A. WELCH, ESQ. (SBN 119312)
**LAW OFFICES OF JOSEPH A. WELCH**
1006 4th Street
Sacramento, CA 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorneys for Defendant
KEN SARNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KEN SARNA,<br><br>            Defendant. | CASE NO. 2:10-CR-00327-TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT & SENTENCING DATE<br><br>DATE: SEPTEMBER 10, 2015<br>TIME: 9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ken Sarna, by and through his counsel of record, hereby stipulate that the judgment and sentencing in the matter presently set for September 3, 2015, at 9:30 a.m. may be continued to September 10, 2015, at 9:30 a.m. for a judgment and sentencing.

The parties have stipulated that the current date for the imposition of judgment and sentencing may be continued to September 10, 2015, at 9:30 a.m.

| | |
|---|---|
| Proposed Presentence Report | completed |
| Counsel's written objections to the Presentence Report | completed |
| Presentence Report shall be filed with the Court | completed |
| Motion for Correction of the Presentence Report | completed |

///

///

Stipulation to Continue Sentencing                    1

| | |
|---|---|
| Reply, or Statement of Non-Opposition | September 3, 2015 |
| Judgment and Sentencing Date | September 10, 2015 |

IT IS SO STIPULATED.

DATED: August 31, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Joseph A. Welch for*
MICHELE M. BECKWITH
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: August 31, 2015

*/s/ Joseph A. Welch*
JOSEPH A. WELCH
Attorney at Law
For defendant KEN SARNA

### [PROPOSED] O R D E R

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the judgment and sentencing in this matter currently scheduled for 9:30 a.m. on September 3, 2015, is continued to September 10, 2015, at 9:30 a.m. for judgment and sentence.

This 1st day of September, 2015.

_____
Troy L. Nunley
United States District Judge