JOSEPH A. WELCH, ESQ.  (SBN 119312)
**LAW OFFICES OF WELCH**
1006 4th Street
Sacramento, CA  95814
Telephone:  (916) 444-5501
Facsimile:   (916) 444-8702

Attorneys for Defendant
KEN SARNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>KEN SARNA, et. al.,<br><br>                     Defendant. | CASE NO. 2:10CR00327-003<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING SCHEDULED FOR OCTOBER 1, 2015 AT 9:30 A.M. TO OCTOBER 8, 2015 AT 9:30 A.M.**<br><br>DATE:  OCTOBER 8, 2015<br>TIME:  9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

A restitution hearing is currently set in this case for October 1, 2015 at 9:30 a.m.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith and Ken Sarna, by and through his counsel Joseph Welch, respectfully request that the Court continue that hearing to October 8, 2015, at 9:30 a.m., for the following reasons:

Since the last appearance, the parties have been meeting and conferring regarding the restitution amount and are close to reaching an agreement, but the parties require additional time to conclude this process.  The parties would like to move the restitution hearing to October 8, 2015.

To the extent that this continuance of the restitution hearing would exceed the 90-day period provided in 18 U.S.C. § 3664(d)(5) as any defendant, the defendant waives any rights to contest the restitution order based on such delay.

Stipulation to Continue Restitution

IT IS SO STIPULATED.

DATED: September 28, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Joseph A. Welch for*
                                             MICHELE M. BECKWITH
                                             Assistant United States Attorney

                                             For the UNITED STATES OF AMERICA

DATED: September 28, 2015                    */s/ Joseph A. Welch*
                                             JOSEPH A. WELCH
                                             Attorney at Law
                                             For defendant KEN SARNA

**O R D E R**

Date; September 29, 2015

_____
Troy L. Nunley
United States District Judge

Stipulation to Continue Restitution